1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   SUSAN CUSHMAN
3  Assistant United States Attorney
   333 Las Vegas Boulevard South
4  Suite 5000
   Las Vegas, Nevada  89101
5  702-388-6336

6                UNITED STATES DISTRICT COURT
7                    DISTRICT OF NEVADA
                            -oOo-

8  UNITED STATES OF AMERICA,          )
                                      )  Case No.: 2:12 mj 00584 CWH
9            Plaintiff,               )
                                      )  Stipulation to Continue Preliminary Hearing
10      vs.                           )  Date (First Request)
                                      )
11 MARIO TORRES-CONTRERAS,            )
                                      )
12           Defendant.               )
                                      )

13

14        IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden,

15 United States Attorney, Susan Cushman, Assistant United States Attorney, counsel for the

16 United States of America and John George, Jr., Esq., counsel for defendant MARIO TORRES-

17 CONTRERAS:

18        THAT THE PRELIMINARY HEARING CURRENTLY SCHEDULED FOR April

19 20, 2015, at 4:00 p.m. before U.S. Magistrate Judge Hoffman be vacated and set to a time

20 convenient for the Court, but no earlier than 30 days from the current setting.

21        This stipulation is entered into for the following reasons:

22        1.   The government has provided counsel for the defendant with limited Rule 16

23 Discovery and a written plea agreement.  Counsel for the defendant requests an opportunity to

24

1   review the discovery and discuss the proposed plea agreement with his client prior to a

2   preliminary hearing or an indictment.

3         2.  Counsel for the defendant and counsel for the government agree to the

4            continuance.

5         3.  The defendant is detained and agrees to the continuance.

6         4.  Denial of this request for continuance could result in a miscarriage of justice.

7         5.  The additional time requested by this Stipulation is excludable in computing the

8            time from the filing of the criminal complaint through which the government

9            must assert an criminal Information or seek an Indictment by the Grand Jury

10           pursuant to the Speedy Trial Act, Title 18, United States Code Section

11           3161(h)(7)(A), when considering the factors under Title 18, United States Code,

12           Sections 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

13        6.  This is the first request for a continuance.

14      Dated this 13th day of April, 2015.

15                               Respectfully Submitted,

16                             DANIEL G. BOGDEN
17                            United States Attorney

18                            /s/ Susan Cushman

19                            _____
                          SUSAN CUSHMAN
20                            Assistant United States Attorney

21                            /s/ John George, Jr.

22                            _____
                          JOHN GEORGE, JR.
23                            Counsel for defendant

24

DANIEL G. BOGDEN
United States Attorney
District of Nevada
SUSAN CUSHMAN
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No.: 2:12 mj 00584 CWH |
| Plaintiff, | ) |
| | ) Stipulation to Continue Preliminary Hearing |
| | ) Date (First Request) |
| vs. | ) |
| | ) |
| MARIO TORRES-CONTRERAS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The period within which the government may assert an Information or seek an Indictment through the Grand Jury against the defendant is hereby extended from the date of the filing of the complaint up through and including May 20, 2015.

2. Both sides agree to the continuance.

3. The defendant is detained and agrees to the continuance.

1     4.  The additional time requested by this Stipulation is excludable in computing the time

2   within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United

3   States Code Section 3161(h)(7)(A), when considering the factors under Title 18, United States

4   Code, Sections 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

5     5.     This is the first request to continue the preliminary hearing.

6     For all of the above-stated reasons, the end of justice would best be served by a

7   continuance of the preliminary hearing.

8                                   ORDER

9     IT IS ORDERED that the preliminary hearing currently scheduled for April 20, 2015, at

10   4:00   p.m.   be   vacated   and   continued   to   Monday, May 25, 2015 , at   the   hour   of

11   ____4:00 p.m.____,

12   DATED this __15th__ day of April 2015.

13

14   _____
                    UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

                                      4